THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUINN HATALA, | CASE NO. C17-0811-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, a Pennsylvania insurer doing business in the State of Washington, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 21). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 23rd day of May 2018

<u>William M. McCool</u>
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-0811-JCC
PAGE - 1